**W. A. WILKIE, Sometimes Known as Bud Wilkie, Plaintiff-Appellee, v. SANTLY BROTHERS, Inc., and Bernice Petkere, Defendants-Appellants.**

**No. 433.**

Circuit Court of Appeals, Second Circuit.

Feb. 14, 1938.

Julian T. Abeles, of New York City (Edwin P. Kilroe and Charles S. Rosenschein, both of New York City, of counsel), for appellants.

Phillips & Nizer, of New York City (Louis Nizer and Arthur B. Krim, both of New York City, and George B. Harris, of San Francisco, Cal., of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

**PER CURIAM.**

On reargument, the decree, 91 F.2d 978, is affirmed.

---

**YOUNG BROS., LTD., v. Mildred Winifred GILKES.**

**No. 8638.**

Circuit Court of Appeals, Ninth Circuit.

Feb. 28, 1938.

Frank E. Thompson, of Honolulu, T. H., and John H. Black and James M. Wallace, both of San Francisco, Cal., for appellant.

E. J. Botts and Fred Patterson, both of Honolulu, T. H., and Herbert Chamberlin, of San Francisco, Cal., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

**PER CURIAM.**

Upon stipulation of counsel for respective parties, ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly, and the mandate of this court herein issue forthwith.